UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN WU,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, ET AL.,<br><br>    Defendants. | No. 2:23-cv-2222-SVW-AS<br><br>**ORDER** |

1   The Court, having reviewed the parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), HEREBY ORDERS that this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties shall bear their own costs, fees, and expenses.

Dated: September 13, 2024

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE